01

02

03

04

05

06            UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
07                    AT SEATTLE

08  UNITED STATES OF AMERICA,          )
                                       )
09          Plaintiff,                 )
                                       )   Case No. MJ09-275
10      v.                             )
                                       )
11  JUAN AMADOR FLORES-VIZCARRA,       )   DETENTION ORDER
                                       )
12          Defendant.                 )
    _____ )

13

14  Offense charged:

15      Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a).

16  Date of Detention Hearing: June 4, 2009

17      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

19      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

20      (1)    Defendant is a citizen of Mexico.

21      (2)    An immigration detainer has been placed on defendant by the United States

22  Immigration and Customs Enforcement.

23      (3)    There appear to be no conditions or combination of conditions other than

24  detention that will reasonably assure the defendant's appearance at future Court hearings.

25

26

01     IT IS THEREFORE ORDERED:

02     (1)    Defendant shall be detained pending trial and committed to the custody of the

03             Attorney General for confinement in a correctional facility separate, to the extent

04             practicable, from persons awaiting or serving sentences or being held in custody

05             pending appeal;

06     (2)    Defendant shall be afforded reasonable opportunity for private consultation with

07             counsel;

08     (3)    On order of a court of the United States or on request of an attorney for the

09             government, the person in charge of the corrections facility in which defendant

10             is confined shall deliver the defendant to a United States Marshal for the purpose

11             of an appearance in connection with a court proceeding; and

12     (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

13             counsel for the defendant, to the United States Marshal, and to the United States

14             Pretrial Services Officer.

15

16     DATED this 4th day of June, 2009.

17                                 *James P. Donohue*

18                              JAMES P. DONOHUE
                                United States Magistrate Judge

19

20

21

22

23

24

25

26

DETENTION ORDER                15.13
18 U.S.C. § 3142(i)           Rev. 1/91
PAGE 2